IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CR-0084 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| -vs- | ) | MOTION FOR NEW COUNSEL |
| | ) | |
| QUENTIN A. JACKSON, | ) | |
| | ) | CERTIFICATON OF SERVICE |
| Defendant. | ) | |

NOW comes Defendant QUENTIN A. JACKSON, by and through counsel, and moves this Honorable Court for new counsel.

For Cause, QUENTIN A. JACKSON, has lost confidence in Attorney Samuel G. Amendolara and asks that he withdraw from his case as appointed counsel.

Wherefore, QUENTIN A. JACKSON moves this Honorable Court to remove Attorney Samuel G. Amendolara as his counsel and requests this Honorable Court set a hearing on this matter on Monday, June 22, 2015 at 10:00 AM.

    Respectfully submitted,

    /s/ Samuel G. Amendolara
    SAMUEL G. AMENDOLARA #0009316
    Boca Professional Building
    860 Boardman-Canfield Road Ste. 204
    Youngstown, Ohio 44512
    Telephone: 330-423-0409 x 2
    Facsimile: 330-423-0411
    attyamendolara@yahoo.com

<u>CERTIFICATION</u>

     I hereby certify that on June 18, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular US mail.  Parties may access this filing through the Court's system.

                              <u>/s/ Samuel G. Amendolara</u>
                              SAMUEL G. AMENDOLARA #0009316
                              Attorney for Defendant